# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH ALEXANDER,**<br>Petitioner,<br><br>v.<br><br>**LOUIS FOLINO, Superintendent of SCI-Greene, and the ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>Respondents. | **CIVIL ACTION**<br><br><br><br>NO. 10-4331 |

## O R D E R

**AND NOW**, this 7th day of September, 2018, upon consideration of Motion under 28 U.S.C. 60(b)(6 [sic] for Relief of, a [sic] Application Claim of Actual Innocence (Document No. 36, filed November 29, 2017), for the reasons stated in the accompanying Memorandum dated September 7, 2018, **IT IS ORDERED** that:

1. Motion under 28 U.S.C. 60(b)(6 [sic] for Relief of, a [sic] Application Claim of Actual Innocence filed by *pro se* petitioner (Document No. 36, filed November 29, 2017) is **DENIED**; and,

2. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS FURTHER ORDERED** that certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural ruling(s) with respect to petitioner's claim(s). *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

**DuBOIS, JAN E., J.**